**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | BEFORE: JOHN F. DOCHERTY |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |

UNITED STATES OF AMERICA,                    )          **COURT MINUTES - CRIMINAL**
                                             )          BEFORE: JOHN F. DOCHERTY
                  Plaintiff,                 )          U.S. Magistrate Judge
                                             )
    v.                                       )     Case No:            25-mj-347 DJF
                                             )     Date:               June 13, 2025
Amiir Mawlid Ali,                            )     Court Reporter:     Caitlin Albrecht
                                             )     Courthouse:         St. Paul
                  Defendant.                 )     Courtroom:          6A
                                             )     Time Commenced:     10:17 a.m. / 10:59 a.m.
                                             )     Time Concluded:     11:02 a.m. / 11:02 a.m.
                                             )     Time in Court:      48 minutes


X **PRELIMINARY HEARING**                    X **DETENTION HEARING**
        Time in Court Prelim/Detention: 23 minutes/25 minutes

APPEARANCES:

   Plaintiff: Kristian Weir, Assistant U.S. Attorney
            Alexandra Swain, US-DOJ Trial Attorney

   Defendant:  Matthew Deates
            X FPD


On    X Complaint

X Defendant Ordered Detained. Government to submit proposed order.

X Probable cause found. Defendant bound over to District Court of Minnesota.


Additional Information:
Mohamud Jama testified.


                                                      _____ *s/nah*
                                                      Signature of Courtroom Deputy